UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| National Press Photographers Association, | § | |
| Texas Press Association, Joseph Pappalardo | § | |
| | § | NO:  AU:19-CV-00946-RP |
| vs. | § | |
| | § | |
| Steven McCraw, Ron Joy, Wes Mau, | § | |
| Association for Unmanned Vehicle Systems | | |
| International, Consumer Technology | | |
| Association | | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on February 03, 2020  at  01:30 PM .  Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing  counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov.  The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

If either party would prefer for the conference to be held in person, counsel should contact the Courtroom Deputy as soon as possible in order to set a new date.

**SIGNED** on 24th day of January, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE