# EXHIBIT A

# EXHIBIT A

**Amicus Organizations**

- Texas Association of Broadcasters
- Reporters Committee for Freedom of the Press
- American Photographic Artists, Inc.,
- American Society of Media Photographers, Inc.,
- The Associated Press,
- Association for Unmanned Vehicle Systems International,
- The Atlantic Monthly Group LLC,
- Cable News Network, Inc.,
- California Broadcasters Association,
- The Center for Investigative Reporting (d/b/a Reveal),
- The Dallas Morning News, Inc.,
- Digital Media Licensing Association,
- The E.W. Scripps Company,
- First Amendment Coalition,
- First Look Institute, Inc.,
- Fox Television Stations, LLC,
- Freedom of Information Foundation of Texas,
- Gannett Co., Inc.,
- Getty Images (US), Inc.,
- Graham Media Group, Inc.,
- Gray Television, Inc.
- Investigative Reporting Workshop at American University,
- The Media Institute,
- MediaNews Group Inc.,
- MPA - The Association of Magazine Media,
- National Association of Broadcasters,
- National Geographic Partners, LLC,
- National Newspaper Association
- National Press Club Journalism Institute,
- The National Press Club,
- The News Leaders Association,
- News Media Alliance,
- Nexstar Media Inc.,
- North American Nature Photographers Association,
- The Philadelphia Inquirer,
- Professional Photographers of America,
- Radio Television Digital News Association,
- The Seattle Times Company,
- Sinclair Broadcast Group, Inc.,
- Society of Environmental Journalists,
- Society of Professional Journalists,
- TEGNA Inc.
- Tully Center for Free Speech, and
- Univision Communications Inc.

## Statements of Interest

American Photographic Artists ("APA") is a 501(c)(6) not for profit organization run by, and for, professional photographers. Since 1981 APA has focused on the concerns of photographers working in the commercial advertising, corporate and editorial sectors. Recognized for its broad industry reach, APA works to champion the rights of photographers and image-makers worldwide and advocate on their behalf.

American Society of Media Photographers, Inc. (ASMP) is a 501(c)(6) non-profit trade association representing thousands of members who create and own substantial numbers of copyrighted photographs. These members all envision, design, produce, and sell their photography in the commercial market to entities as varied as multinational corporations to local mom and pop stores, and every group in between. In its seventy-six year history, ASMP has been committed to protecting the rights of photographers and promoting the craft of photography.

The Associated Press ("AP") is a news cooperative organized under the Not-for-Profit Corporation Law of New York. The AP's members and subscribers include the nation's newspapers, magazines, broadcasters, cable news services and Internet content providers. The AP operates from 280 locations in more than 100 countries. On any given day, AP's content can reach more than half of the world's population.

Association for Unmanned Vehicle Systems International ("AUVSI") is the world's largest nonprofit organization dedicated to the advancement of unmanned systems and robotics and represents corporations and professionals from more than 60 countries involved in industry, government, and academia. AUVSI members work in the defense, civil, and commercial markets.

The Atlantic Monthly Group LLC is the publisher of *The Atlantic* and TheAtlantic.com. Founded in 1857 by Oliver Wendell Holmes, Ralph Waldo Emerson, Henry Wadsworth Longfellow and others, *The Atlantic* continues its 160-year tradition of publishing award-winning journalism that challenges assumptions and pursues truth, covering national and international affairs, politics and public policy, business, culture, technology and related areas.

Cable News Network, Inc. ("CNN"), a Delaware corporation, is a wholly owned subsidiary of Turner Broadcasting System, Inc., which is ultimately a wholly-owned subsidiary of AT&T Inc., a publicly traded company. CNN is a portfolio of two dozen news and information services across cable, satellite, radio, wireless devices and the Internet in more than 200 countries and territories worldwide. Domestically, CNN reaches more individuals on television, the web and mobile devices than any other cable TV news organization in the United States; internationally, CNN is the most widely distributed news channel reaching more than 271 million households abroad; and CNN Digital is a top network for online news, mobile news and social media. Additionally, CNN Newsource is the world's most extensively utilized news service partnering with hundreds of local and international news organizations around the world.

The California Broadcasters Association ("CBA") is the trade organization representing the interests of the over 1000 radio and television stations in our state. The CBA advocates on state

and federal legislative issues, provides seminars for member education and offers scholarship opportunities to students in the communication majors.

The Center for Investigative Reporting (d/b/a Reveal), founded in 1977, is the nation's oldest nonprofit investigative newsroom. Reveal produces investigative journalism for its website https://www.revealnews.org/, the Reveal national public radio show and podcast, and various documentary projects. Reveal often works in collaboration with other newsrooms across the country.

The Dallas Morning News, Inc., publishes *The Dallas Morning News*, a newspaper distributed both in print and online, with focus on the Dallas-Fort Worth Metropolitan Area.

Digital Media Licensing Association ("DMLA") represents the interests of digital licensing entities that offer, for license, millions of images, illustrations, film clips, and other content on behalf of thousands of individual creators, including photojournalists to editorial and

commercial users. DMLA supports freedom of the press and the rights of photojournalists to capture the events of the world without undue restrictions.

The E.W. Scripps Company is the nation's fourth-largest local TV broadcaster, operating a portfolio of 61 stations in 41 markets. Scripps also owns Scripps Networks, which reaches nearly every American through the national news outlets Court TV and Newsy and popular entertainment brands ION, Bounce, Grit, Laff and Court TV Mystery. The company also runs an award-winning investigative reporting newsroom in Washington, D.C., and is the longtime steward of the Scripps National Spelling Bee.

First Amendment Coalition is a nonprofit public interest organization dedicated to defending free speech, free press and open government rights in order to make government, at all levels, more accountable to the people. The Coalition's mission assumes that government transparency and an informed electorate are essential to a self-governing democracy. To that end, we resist excessive government secrecy (while recognizing the need to protect legitimate state secrets) and censorship of all kinds.

First Look Institute, Inc. is a non-profit digital media venture that produces The Intercept, a digital magazine focused on national security reporting. First Look Institute operates the Press Freedom Defense Fund, which provides essential legal support for journalists, news organizations, and whistleblowers who are targeted by powerful figures because they have tried to bring to light information that is in the public interest and necessary for a functioning democracy.

Directly and through affiliated companies, Fox Television Stations, LLC, owns and operates 28 local television stations throughout the United States, including in Dallas-Fort Worth (KDFW), Houston (KRIV), and Austin (KTBC). The 28 stations have a collective market reach of 37 percent of U.S. households. Each of the 28 stations also operates Internet websites offering news and information for its local market.

The Freedom of Information Foundation of Texas ("FOIFT") is a nonprofit organization dedicated to ensuring that the public's business is conducted in public and to protecting the liberties of free speech and press guaranteed by the First Amendment. FOIFT assists individual citizens, journalists and government officials through educational seminars, an FOI Hotline, an annual conference, and a speakers bureau.

Gannett is the largest local newspaper company in the United States. Our 260 local daily brands in 46 states and Guam — together with the iconic USA TODAY — reach an estimated digital audience of 140 million each month.

Getty Images (US), Inc. ("Getty Images") is a leading source for visual content around the world, including a comprehensive editorial offering. Through our brands Getty Images, iStock and Unsplash, we provide a platform for editorial and creative content creators to lawfully license and monetize their work. We support these endeavors by advocating for the rights of creative professionals and journalists.

Graham Media Group is comprised of 7 local media hubs, Graham Digital and Social News Desk delivering local news, programming, advertising solutions and digital media tools for television, online, mobile, OTT, podcasts and audio devices. We are dynamic, local brands that extend well beyond the traditional TV set. Our work helps inform, celebrate and knit together the communities we serve. GMG operates in 6 states: KPRC–Houston, WDIV–Detroit and WSLS–Roanoke (NBC); KSAT–San Antonio (ABC); WKMG–Orlando (CBS); WJXT–Jacksonville (fully local), and WCWJ–Jacksonville (CW). Based in Detroit, Graham Digital is a digital media and technology development group widely recognized as a leading industry innovator. Social News Desk, headquartered in Atlanta, provides its 2500+ worldwide newsroom-customers with a single dashboard to publish, measure, curate and monetize local news content on social platforms.

Gray Television's roots begin in January 1891 with the creation of the Albany Herald in Albany, Georgia. Over the next several decades, the company divested its newspaper assets and transformed itself into the owner of the most top-rated local television stations in the country. Upon completion of all pending acquisitions, Gray will own and/or operate television stations and leading digital properties in 113 television markets, including the number-one ranked television station in 79 of those markets and the first and/or second highest ranked television station in 101 markets, based on Comscore's average all-dating ratings during calendar year 2020. Gray's television stations will cover approximately 36 percent of US television households and include more than 180 affiliates of the CBS/NBC/ABC/FOX networks. Local affiliates in Texas cover markets including: Amarillo, Lubbock, Odessa-Midland, Wichita Falls, Sherman-Ada-Paris, Tyler-Longview-Lufkin, Waco-Bryan, and Laredo, and, in six of those eight markets, Gray's station is the highest rated local television station.

The Investigative Reporting Workshop, based at the School of Communication (SOC) at American University, is a nonprofit, professional newsroom. The Workshop publishes in-depth stories at investigativereportingworkshop.org about government and corporate accountability, ranging widely from the environment and health to national security and the economy.

The Media Institute is a nonprofit foundation specializing in communications policy issues founded in 1979. The Media Institute exists to foster three goals: freedom of speech, a competitive media and communications industry, and excellence in journalism. Its program agenda encompasses all sectors of the media, from print and broadcast outlets to cable, satellite, and online services.

MediaNews Group is a leader in local, multi-platform news and information, distinguished by its award-winning original content and high quality local media. It is one of the largest news organizations in the United States, with print and online publications across the country.

MPA – The Association of Magazine Media, ("MPA") is the industry association for magazine media publishers. The MPA, established in 1919, represents the interests of close to 100 magazine media companies with more than 500 individual magazine brands. MPA's membership creates professionally researched and edited content across all print and digital media on topics that include news, culture, sports, lifestyle and virtually every other interest, avocation or pastime enjoyed by Americans. The MPA has a long history of advocating on First Amendment issues.

The National Association of Broadcasters (NAB) is a nonprofit incorporated trade association that serves and represents radio and television stations and broadcast networks. NAB's members cover, produce and broadcast local and national news and other programming to viewers and listeners across the country. NAB seeks to preserve and enhance its members' ability to freely disseminate programming and information of all types.

National Geographic has been igniting the explorer in all of us for 132 years through groundbreaking storytelling from the best and brightest scientists, explorers, photographers, and filmmakers in the world. A joint venture between The Walt Disney Company and the National Geographic Society, National Geographic Partners combines the global National Geographic television channels with National Geographic's media and consumer-oriented assets. National Geographic Partners returns 27 percent of our proceeds to the nonprofit National Geographic Society to fund work in the areas of science, exploration, conservation, and education.

National Newspaper Association is a 2,000 member organization of community newspapers founded in 1885. Its members include weekly and small daily newspapers across the United States. It is based in Pensacola, FL.

The National Press Club Journalism Institute is the non-profit affiliate of the National Press Club, founded to advance journalistic excellence for a transparent society. A free and independent press is the cornerstone of public life, empowering engaged citizens to shape democracy. The Institute promotes and defends press freedom worldwide, while training journalists in best practices, professional standards and ethical conduct to foster credibility and integrity.

The National Press Club is the world's leading professional organization for journalists. Founded in 1908, the Club has 3,100 members representing most major news organizations. The Club defends a free press worldwide. Each year, the Club holds over 2,000 events, including news conferences, luncheons and panels, and more than 250,000 guests come through its doors.

The News Leaders Association was formed via the merger of the American Society of News Editors and the Associated Press Media Editors in September 2019. It aims to foster and develop the highest standards of trustworthy, truth-seeking journalism; to advocate for open, honest and transparent government; to fight for free speech and an independent press; and to nurture the next generation of news leaders committed to spreading knowledge that informs democracy.

The News Media Alliance is a nonprofit organization representing the interests of digital, mobile and print news publishers in the United States and Canada. The Alliance focuses on the major issues that affect today's news publishing industry, including protecting the ability of a free and independent media to provide the public with news and information on matters of public concern.

Nexstar Media Group, Inc. owns, operates, programs or provides sales and other services to 199 television stations (including partner stations) in 116 markets or more than 68% of all U.S. television households including 120 local web sites and 284 local news and weather mobile apps. Nexstar's local affiliates in Texas operate in markets including: Amarillo, Lubbock, Midland/Odessa, El Paso, San Angelo, Abilene, Wichita Falls, Dallas/Fort Worth, Waco/Temple/Bryan, Austin, Harlingen/Wslaco/Brownsville/McAllen, Tyler/Longview, and Houston.

North American Nature Photography Association (NANPA) is a 501(c)(6) non-profit organization founded in 1994. NANPA promotes responsible nature photography (both stills and video) as an artistic medium for the documentation, celebration, and protection of the natural world. NANPA is a critical advocate for the rights of nature photographers on a wide range of issues, from intellectual property to public land access.

The Philadelphia Inquirer, owned by the Lenfest Institute for Journalism, is the largest newspaper in the United States operated as a public-benefit corporation. It publishes The Inquirer as well as the Philadelphia Daily News in print, and online at www.inquirer.com. The Inquirer has won 20 Pulitzer Prizes. Under the non-profit ownership of the Institute, which is dedicated solely to the mission of preserving local journalism, the Inquirer is dedicated to public service journalism and news innovation.

Professional Photographers of America (PPA) is a 501(c)(6) non-profit organization representing photographers and photographic artists from dozens of specialty areas including portrait, wedding, commercial, advertising, and art. The professional photographers represented by the PPA have been the primary caretakers of world events and family histories for the last 150 years, and have shared their creative works with the public secure in the knowledge that their rights in those works would be protected

Radio Television Digital News Association ("RTDNA") is the world's largest and only professional organization devoted exclusively to electronic journalism. RTDNA is made up of news directors, news associates, educators and students in radio, television, cable and electronic media in more than 30 countries. RTDNA is committed to encouraging excellence in the electronic journalism industry and upholding First Amendment freedoms.

The Seattle Times Company, locally owned since 1896, publishes the daily newspaper *The Seattle Times*, together with the *Yakima Herald-Republic* and *Walla Walla Union-Bulletin*, all in Washington state.

Sinclair is one of the largest and most diversified television broadcasting companies in the country.  The Company owns, operates and/or provides services to 191 television stations in 89 markets, including Abilene (KTXS), Amarillo (KVII), Austin (KEYE), Beaumont (KFDM), El Paso (KFOX), and San Antonio (KABB/WOAI).  The Company is a leading local news provider in the country and has multiple national networks, live local sports production, as well as stations affiliated with all the major networks.

The Society of Environmental Journalists is the only North-American membership association of professional journalists dedicated to more and better coverage of environment-related issues.

Society of Professional Journalists ("SPJ") is dedicated to improving and protecting journalism. It is the nation's largest and most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior.  Founded in

1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry, works to inspire and educate the next generation of journalists and protects First Amendment guarantees of freedom of speech and press.

As one of the most geographically diverse broadcasters in the U.S., TEGNA is a best-in-class operator with 64 television stations and two radio stations in 51 markets from coast to coast. We are the largest owner of Big Four affiliates in the top 25 markets among independent station groups and reach 41.7 million television households, or approximately 39 percent of all TV households nationwide. Each month, TEGNA reaches 75 million adults across our digital platforms. Across Twitter, Facebook and Instagram, TEGNA stations have over 32 million social followers. TEGNA's local affiliates in Texas cover 85% of the state, including the following markets: San Antonio, Dallas, Houston, Austin, Waco, College Station, Tyler, Corpus Christi, Beaumont, Abilene, and San Angelo.

The Tully Center for Free Speech began in Fall, 2006, at Syracuse University's S.I. Newhouse School of Public Communications, one of the nation's premier schools of mass communications.

Univision Communications Inc. (UCI) is the leading media company serving Hispanic America. UCI is a leading content creator in the U.S. and includes the Univision Network, UniMás and Univision Cable Networks. UCI indirectly through its subsidiaries owns and operates television stations KXLN in Houston, KAKW in Austin, KWEX in San Antonio and KUVN in Dallas Fort Worth.

**Corporate Disclosures**

American Photographic Artists, Inc. ("APA") has no parent company nor issues stock. Accordingly, no publicly-held company owns 10% or more of its stock.

American Society of Media Photographers, Inc. ("ASMP") has no parent company nor issues stock. Accordingly, no publicly-held company owns 10% or more of its stock.

The Associated Press is a global news agency organized as a mutual news cooperative under the New York Not-For-Profit Corporation law. It is not publicly traded.

Association for Unmanned Vehicle Systems International ("AUVSI") has no parent company nor issues stock. Accordingly, no publicly-held company owns 10% or more of its stock.

The Atlantic Monthly Group LLC is a privately-held media company, owned by Emerson Collective and Atlantic Media, Inc. No publicly held corporation owns 10% or more of its stock.

Cable News Network, Inc. ("CNN") is a Delaware corporation that owns and operates numerous news platforms and services. CNN is ultimately a wholly-owned subsidiary of AT&T Inc., a publicly traded corporation. AT&T Inc. has no parent company and, to the best of CNN's knowledge, no publicly held company owns ten percent or more of AT&T Inc.'s stock.

The California Broadcasters Association is an incorporated nonprofit trade association with no stock.

The Center for Investigative Reporting (d/b/a Reveal) is a California non-profit public benefit corporation that is tax-exempt under section 501(c)(3) of the Internal Revenue Code. It has no statutory members and no stock.

The Dallas Morning News, Inc., is owned by DallasNews Corporation.

Digital Media Licensing Association ("DMLA") is a 501(c)(6) New York non-profit and has no parent or affiliated companies.

The E.W. Scripps Company is a publicly traded company with no parent company. No individual stockholder owns more than 10% of its stock.

First Amendment Coalition is a nonprofit organization with no parent company. It issues no stock and does not own any of the party's or amicus' stock.

First Look Institute, Inc. is a non-profit non-stock corporation organized under the laws of Delaware. No publicly-held corporation holds an interest of 10% or more in First Look Institute, Inc.

Fox Television Stations, LLC (FTS) is an indirect subsidiary of Fox Corporation, a publicly held company. No other publicly held company owns 10% or more of the stock of Fox Corporation.

The Freedom of Information Foundation of Texas ("FOIFT") is a 501(c)(3) organization. It has no parent corporation, no affiliates, and no publicly held company owns 10 percent or more of its stock.

Gannett Co., Inc. is a publicly traded company and has no affiliates or subsidiaries that are publicly owned. BlackRock, Inc. and the Vanguard Group, Inc. each own ten percent or more of the stock of Gannett Co., Inc.

Getty Images (US), Inc., a New York corporation that is not publicly traded, is a wholly owned subsidiary of Getty Images, Inc. Getty Images, Inc., a Delaware corporation that is not publicly traded. No publicly traded company owns 10% or more of Getty Images (US), Inc.'s stock.

Graham Holdings Company, Inc. owns 100% of Graham Media Group, Inc.

No publicly held company owns 10% or more of Gray Television Inc.'s stock.

The Investigative Reporting Workshop is a privately funded, nonprofit news organization based at the American University School of Communication in Washington. It issues no stock.

The Media Institute is a 501(c)(3) non-stock corporation with no parent corporation.

MediaNews Group Inc. is a privately held company. No publicly-held company owns ten percent or more of its equity interests.

MPA - The Association of Magazine Media has no parent companies, and no publicly held company owns more than 10% of its stock.

The National Association of Broadcasters is a nonprofit, incorporated association that has not issued any shares or debt securities to the public, and has no parent companies, subsidiaries, or affiliates that have issued any shares or debt securities to the public.

National Geographic Partners, LLC (NGP), a joint venture between The Walt Disney Company and the National Geographic Society, is committed to bringing the world premium science, adventure and exploration content across an unrivaled portfolio of media assets. NGP returns 27 percent of our proceeds to the nonprofit National Geographic Society to fund work in the areas of science, exploration, conservation and education. The Walt Disney Company and National Geographic Society each own more than 10% of National Geographic Partners LLC's shares.

National Newspaper Association is a non-stock nonprofit Florida corporation. It has no parent corporation and no subsidiaries.

The National Press Club Journalism Institute is a not-for-profit corporation that has no parent company and issues no stock.

The National Press Club is a not-for-profit corporation that has no parent company and issues no stock.

The News Leaders Association has no parent corporation and does not issue any stock.

News Media Alliance is a nonprofit, non-stock corporation organized under the laws of the commonwealth of Virginia. It has no parent company.

Nexstar Media Inc. is owned 100% by Nexstar Media Group, Inc.

North American Nature Photographers Association ("NANPA") has no parent company nor issues stock. Accordingly, no publicly-held company owns 10% or more of its stock.

No publicly held corporations own any stock in the Philadelphia Inquirer, PBC, or its parent company, the non-profit Lenfest Institute for Journalism, LLC.

Radio Television Digital News Association is a nonprofit organization that has no parent company and issues no stock.

The Seattle Times Company: The McClatchy Company, LLC owns 49.5% of the voting common stock and 70.6% of the nonvoting common stock of The Seattle Times Company.

Sinclair Broadcast Group, Inc. is a Maryland corporation which is publicly traded on NASDAQ under the symbol SBGI.

The Society of Environmental Journalists is a 501(c)(3) non-profit educational organization. It has no parent corporation and issues no stock.

Society of Professional Journalists is a non-stock corporation with no parent company.

The Vanguard Group, Inc. and BlackRock, Inc. each own 10% of TEGNA Inc.'s company stock.

The Tully Center for Free Speech is a subsidiary of Syracuse University.

Univision Communications Inc. is wholly owned by Broadcast Media Partners Holdings, Inc., which is wholly owned by Univision Holdings, Inc. Grupo Televisa, S.A.B. indirectly holds a 10% or greater ownership interest in the stock of Univision Holdings, Inc. No publicly held company owns 10% or more of Univision Communications Inc. or any of its parent companies, subsidiaries, or affiliates.

Amicus Professional Photographers of America ("PPA") has no parent company, and issues no stock. Accordingly, no publicly-held company owns 10% or more of its stock.