# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| National Press Photographers Association, Texas Press Association, Joseph Pappalardo § § § | CIVIL NO: AU:19-CV-00946-RP |
| vs. § § | |
| Steven McCraw, Ron Joy, Wes Mau, Association for Unmanned Vehicle Systems International, Consumer Technology Association | |

## ORDER CANCELLING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **BENCH TRIAL** on **Monday, October 25, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 15th day of October, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE