# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MCCRAW, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:19-cv-00946-RP |

## PLAINTIFFS' CORRECTION OF CITATION

TO THE HON. ROBERT PITMAN, JUDGE OF SAID COURT:

Plaintiffs wish to correct an erroneous citation in their Reply in Further Support of Plaintiffs' Motion for Summary Judgment that we filed Aug. 23, 2021 (Dkt. 69). Plaintiffs stated on page 19 that "an immigration reform group that diverted resources to oppose President Trump's border wall had standing," citing *El Paso Cty. v. Trump*, 408 F. Supp. 3d 840, 854-55 (W.D. Tex. 2019). However, it has come to Plaintiffs' attention that the Fifth Circuit subsequently reversed the district court's finding of standing. 982 F.3d 332 (5th Cir. 2020), *cert. denied sub nom. El Paso Cty. v. Biden*, 141 S. Ct. 2885 (2021), *reh'g denied*, 142 S. Ct. 51 (2021).

The Fifth Circuit's decision relied on the unique facts in *El Paso County* and did not change this circuit's requirements for organizational standing. Still, Plaintiffs regret the mis-citation.

Dated: March 11, 2022

1

Respectfully submitted,

By: /s/ *James A. Hemphill*
James A. Hemphill
Texas State Bar No. 00787674
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
Tel: (512) 480-5762
Fax: (512) 536-9907
jhemphill@gdhm.com

Leah M. Nicholls (*pro hac vice*)
DC Bar No. 982730
Public Justice P.C.
1620 L Street NW, Suite 630
Washington, DC 20036
Tel: (202) 797-8600
lnicholls@publicjustice.net

David A. Schulz (*pro hac vice*)
NY State Bar No. 1514751
Media Freedom and Information
    Access Clinic
Yale Law School
127 Wall Street
New Haven, CT 06511
Tel: (212) 850-6103
Fax: (212) 223-1942
david.schulz@yale.edu

Mickey H. Osterreicher (*pro hac vice*)
New York State Bar No. 2938678
General Counsel
National Press Photographers
    Association
Finnerty Osterreicher & Abdulla
70 Niagara Street
Buffalo, NY 14202
Tel: (716) 983-7800
Fax: (716) 608-1509
lawyer@nppa.org

Alicia Wagner
Texas State Bar No. 24076296
Deputy General Counsel

National Press Photographers Association  
Alicia Wagner Calzada, PLLC  
12023 Radium, Suite B1  
San Antonio, TX 78216  
Tel: (210) 825-1449  
Alicia@calzadalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECT system, which will send notification of such filing to counsel of record,

/s/ *James A. Hemphill*
James A. Hemphill