# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION, *et al.*, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:19-cv-00946-RP |
| STEVEN MCCRAW, *et al.*, | § § § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF CROSS-APPEAL

Pursuant to the Federal Rules of Appellate Procedure, Plaintiffs National Press Photographers Association, Texas Press Association, and Joseph Pappalardo hereby give this notice of cross-appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order granting in part Defendants' Motion to Dismiss and dismissing with prejudice Plaintiff's preemption claim (ECF No. 52), entered Nov. 30, 2020.

Dated: May 12, 2022

                                    Respectfully submitted,

                                    By: /s/ *James A. Hemphill*
                                    James A. Hemphill
                                    Texas State Bar No. 00787674
                                    Graves, Dougherty, Hearon & Moody, P.C.
                                    401 Congress Ave., Suite 2700
                                    Austin, Texas 78701
                                    Tel: (512) 480-5762
                                    Fax: (512) 536-9907
                                    jhemphill@gdhm.com

                                    Leah M. Nicholls (*pro hac vice*)
                                    DC Bar No. 982730
                                    Public Justice P.C.
                                    1620 L Street NW, Suite 630

Washington, DC 20036
Tel: (202) 797-8600
lnicholls@publicjustice.net

David A. Schulz (*pro hac vice*)
NY State Bar No. 1514751
Media Freedom and Information
    Access Clinic
Yale Law School
127 Wall Street
New Haven, CT 06511
Tel: (212) 850-6103
Fax: (212) 223-1942
david.schulz@yale.edu

Mickey H. Osterreicher (*pro hac vice*)
New York State Bar No. 2938678
General Counsel
National Press Photographers
    Association
Finnerty Osterreicher & Abdulla
70 Niagara Street
Buffalo, NY 14202
Tel: (716) 983-7800
Fax: (716) 608-1509
lawyer@nppa.org

Alicia Wagner
Texas State Bar No. 24076296
Deputy General Counsel
National Press Photographers
    Association
Alicia Wagner Calzada, PLLC
12023 Radium, Suite B1
San Antonio, TX 78216
Tel: (210) 825-1449
Alicia@calzadalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system on May 12, 2022, to all counsel of record.

> By: /s/ *James A. Hemphill*
> James A. Hemphill
> Texas State Bar No. 00787674
> Graves, Dougherty, Hearon & Moody, P.C.
> 401 Congress Ave., Suite 2700
> Austin, Texas 78701
> Tel: (512) 480-5762
> Fax: (512) 536-9907
> jhemphill@gdhm.com