IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION, TEXAS PRESS ASSOCIATION, and JOSEPH PAPPALARDO,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEVEN MCCRAW, in his official capacity as Director of Texas Department of Public Safety, DWIGHT MATHIS, in his official capacity as Chief of the Texas Highway Patrol, and WES MAU, in his official capacity as District Attorney of Hays County, Texas,<br><br>*Defendants.* § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:19-CV-00946 |

## ADVISORY TO THE COURT

Defendant Wes Mau, in his official capacity as District Attorney of Hays County, Texas, files this Advisory to the Court.

1. On May 16, 2021, Defendant Wes Mau, in his official capacity as District Attorney of Hays County, Texas, filed a *Motion to Extend Time to File Notice of Appeal* (Dkt. 83).

2. Prior to filing this Motion, lead counsel for Wes Mau (Michael Shaunessy) attempted to contact lead counsel for Plaintiffs (Jim Hemphill) in an effort to confer on the Motion; however, the two were unable to speak before the Motion was filed.

3. After filing the Motion, lead counsel for Plaintiffs contacted lead counsel for Wes Mau, and informed him that Plaintiffs are **not opposed** to Wes Mau's *Motion to Extend Time to File Notice of Appeal* (Dkt. 83).

Respectfully submitted,

McGinnis Lochridge LLP
Michael A. Shaunessy, SBN 18134550
1111 W. Sixth Street, Bldg. B, Ste. 400
Austin, Texas 78703
(512) 495-6000
(512) 495-6093 FAX
mshaunessy@mcginnislaw.com


By: */s/ Michael A. Shaunessy*
    Michael A. Shaunessy
    State Bar No. 18134550

***Attorneys for Defendant Wes Mau, in his official capacity as District Attorney of Hays County, Texas***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of May 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Hemphill
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, Texas  78701
jhemphill@gdhm.com

*Attorneys for Plaintiffs*

Leah M. Nicholls
Public Justice P.C.
1620 L Street NW, Suite 630
Washington, DC 20036
lnicholls@publicjustice.net

*Attorneys for Plaintiffs*

David A. Schulz
Jennifer Pinsof
Francesca L. Procaccini
Joe Burson
Timur Ackman-Duffy
Media Freedom and Information Access Clinic
Yale Law School
127 Wall Street
New Haven, CT  06511
David.schulz@yale.edu
jennifer.pinsof@yale.edu
francesca.procaccini@yale.edu

*Attorneys for Plaintiffs*

and I hereby certify that I have e-mailed the document to the following non-CM/ECF participant:

Leslie A. Brueckner
Public Justice P.C.
475 14th Street, Suite 610
Oakland, CA 94612
lbrueckner@publicjustice.net

*Attorneys for Plaintiffs*

           */s/ Michael A. Shaunessy*
           Michael A. Shaunessy