# United States Court of Appeals
# for the Fifth Circuit

FILED
March 29, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ klw
DEPUTY

---

No. 22-50337

---

NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; TEXAS PRESS ASSOCIATION; JOSEPH PAPPALARDO,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

STEVEN MCCRAW, *in his official capacity as Director of the Texas Department of Public Safety*; DWIGHT MATHIS, *in his official capacity as Chief of the Texas Highway Patrol*; WES MAU, *in his official capacity as District Attorney of Hays County, Texas*,

*Defendants—Appellants/Cross-Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-946 RP

---

ORDER:

IT IS ORDERED that the unopposed motion of Appellant-Cross Appellee Wes Mau to substitute Kelly Higgins, in his official capacity as District Attorney of Hays County, Texas is GRANTED.

_____
EDITH B. CLEMENT
*United States Circuit Judge*

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 29, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50337   National Press v. McCraw
                  USDC No. 1:19-CV-946

Enclosed is an order entered in this case.

Please use the revised caption for all future filings.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

Mr. Bruce D. Brown
Ms. Alicia W. Calzada
Mr. Ian M Davis
Mr. Philip Devlin
Ms. Heather Lee Dyer
Ms. Kelsey Rinehart Eberly
Mr. James A. Hemphill
Mr. Christopher D. Hilton
Mr. Eric Alexander Johnston
Mr. Michael Lovins
Ms. Leah Marie Nicholls
Mr. Mickey H. Osterreicher
Ms. Lanora Christine Pettit
Mr. David A. Schulz
Mr. Michael A. Shaunessy

| |
|---|
| 22-50337 |
| National Press Photographers Association; Texas Press Association; Joseph Pappalardo, <br><br>      Plaintiffs - Appellees/Cross-Appellants <br><br>v. <br><br>Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety; Dwight Mathis, in his official capacity as Chief of the Texas Highway Patrol; Kelly Higgins, in his official capacity as District Attorney of Hays County, Texas, <br><br>      Defendants - Appellants/Cross-Appellees |